1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Samuel K. Lu (171969)
   Alan J. Heinrich (212782)
3  Richard E. Lyon (229288)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile: (310) 203-7199

6  Attorneys for Plaintiff
   AGILENT TECHNOLOGIES, INC.
7

*IT IS SO ORDERED — Judge James Ware — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  PIXART IMAGING INC.,                )  CASE NO. 5:04-cv-05385-JW
                                        )
12     a Taiwanese corporation,         )  **[PROPOSED] ORDER GRANTING
                                        )  AGILENT TECHNOLOGIES INC.'S
13              Plaintiff,              )  MISCELLANEOUS
                                        )  ADMINISTRATIVE REQUEST
14        v.                            )  PURSUANT TO CIVIL LOCAL RULE 79-
                                        )  5 TO SEAL DOCUMENTS**
15  AGILENT TECHNOLOGIES, INC.,         )
                                        )
16     a Delaware corporation,          )  Dept:    Courtroom 8, 4th Fl.
                                        )  Judge:   Hon. James Ware
17              Defendant.              )
                                        )
18  ─────────────────────────────────── )
    AND RELATED COUNTERCLAIMS           )
19                                      )

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING MOTION TO SEAL

As set forth in Agilent Technologies, Inc.'s ("Agilent") Administrative Motion to File Documents Under Seal Pursuant to Local Rule 79-5, Agilent lodged with the Court the following documents in connection with Agilent's Opposition to PixArt Imaging Inc.'s ("PixArt") Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,433,780:

1) Agilent Technologies, Inc.'s Opposition to PixArt Imaging Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,433,780 ( Unredacted);

2) Declaration of Jason T. Hartlove (Unredacted); and

3) Exhibits 1-3 to the Declaration of Jason T. Hartlove.

Having considered Agilent's Administrative Motion to File Documents Under Seal and the Declaration of Alan Heinrich in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that the foregoing documents are to be filed under seal.

Dated: Aug. 25, 2005

/s/ James Ware
Hon. James Ware
United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING MOTION TO SEAL     - 2 -