KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
LEO L. LAM - #181861
EUGENE M. PAIGE - #202849
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterclaim-Defendant
PIXART IMAGING, INC.

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIXART IMAGING, INC., a Taiwanese corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 03-04871 JW<br><br>**REQUEST TO REMOVE JOSHUA H. LERNER AS ATTORNEY OF RECORD AND [~~PROPOSED~~] ORDER** |

1   This is to inform the Court that Joshua H. Lerner, formerly an associate with Keker & Van Nest, is no longer an employee of Keker & Van Nest. Mr. Lerner is now an attorney at Clarence & Dyer LLP and therefore no longer represents Plaintiff and Counterclaim-Defendant PIXART IMAGING, INC. Keker & Van Nest and Daralyn J. Durie, Leo L. Lam, and Eugene M. Paige remain counsel of record for Plaintiff and Counterclaim-Defendant PIXART IMAGING, INC. Accordingly, Keker & Van Nest hereby requests that the parties and the Court remove Mr. Lerner from their notice lists for the above-captioned case, and that the Court execute the attached Proposed Order.

Dated: August 23, 2005                    KEKER & VAN NEST, LLP


                                          By: /s/ Daralyn J. Durie
                                          DARALYN J. DURIE
                                          Attorneys for Plaintiff and
                                          Counterclaim-Defendant
                                          PIXART IMAGING, INC.


## [~~PROPOSED~~] ORDER

Good cause having been shown, the Court hereby GRANTS counsel, Keker & Van Nest's request that the parties and the Court remove Mr. Lerner from their notice lists for the above-captioned case.

Dated: 8/25/05

                                          /s/ James Ware
                                          HONORABLE JAMES WARE
                                          United States Judge

---

357285.01

1
REQUEST TO REMOVE JOSHUA H. LERNER AS ATTORNEY OF RECORD AND [PROPOSED] ORDER
CASE NO. C 03-04871 JW