IRELL & MANELLA LLP
Morgan Chu (70446)
Samuel K. Lu (171969)
Alan J. Heinrich (212782)
Richard E. Lyon (229288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiff
AGILENT TECHNOLOGIES, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIXART IMAGING INC., a Taiwanese corporation, Plaintiff, v. AGILENT TECHNOLOGIES, INC., a Delaware corporation, Defendant. AND RELATED COUNTERCLAIMS | Case No. C 03-04871 JW<br><br>**[PROPOSED] ORDER GRANTING AGILENT TECHNOLOGIES INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 79-5 TO SEAL DOCUMENTS**<br><br>Dept:    Courtroom 8, 4th Fl.<br>Judge:   Hon. James Ware |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING MOTION TO SEAL

1   As set forth in Agilent Technologies, Inc.'s ("Agilent") Administrative Motion to File
2   Documents Under Seal Pursuant to Local Rule 79-5, Agilent lodged with the Court the following
3   documents in connection with Agilent's Opposition to PixArt Imaging Inc.'s ("PixArt") Motion for
4   Summary Judgment of Non-Infringement of U.S. Patent No. 6,433,780:
5       1) Agilent Technologies, Inc.'s Opposition to PixArt Imaging Inc.'s Motion for Summary
6   Judgment of Non-Infringement of U.S. Patent No. 6,433,780 ( Unredacted);
7       2) Declaration of Jason T. Hartlove (Unredacted); and
8       3) Exhibits 1-3 to the Declaration of Jason T. Hartlove.
9       Having considered Agilent's Administrative Motion to File Documents Under Seal and the
10  Declaration of Alan Heinrich in support thereof, and good cause appearing therefor,
11      IT IS HEREBY ORDERED that the foregoing documents are to be filed under seal.

Dated: Aug. 26, 2005            /s/ James Ware
                                Hon. James Ware
                                United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING MOTION TO SEAL        - 2 -