KEKER & VAN NEST, LLP
Daralyn J. Durie (169825)
Leo L. Lam (181861)
Eugene M. Paige (202849)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and
Counterclaim-Defendant
PIXART IMAGING INC.

IRELL & MANELLA LLP
Morgan Chu (70446)
Samuel K. Lu (171969)
Alan J. Heinrich (212782)
Richard E. Lyon (229288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant and
Counterclaim-Plaintiff
AGILENT TECHNOLOGIES, INC.

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIXART IMAGING INC., a Taiwanese corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 03-04871 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO REPOSITION AGILENT TECHNOLOGIES, INC. AS PLAINTIFF AND PIXART IMAGING INC. AS DEFENDANT** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER TO
REPOSITION CASE
Case No. C 03-04871 JW

On October 31, 2003, PixArt Imaging Inc. ("PixArt") filed a declaratory judgment action alleging that Agilent's U.S. Patent No. 6,433,780 (the "'780 patent") is invalid and not infringed by PixArt. On December 23, 2003, Agilent Technologies, Inc. ("Agilent") filed a counterclaim alleging that the '780 patent is infringed by PixArt. On October 22, 2004, Agilent filed amended counterclaims alleging that U.S. Patent No. 5,686,720 and U.S. Patent No. 5,786,804 are infringed by PixArt. Because Agilent is the patentee for all three patents in suit, the Court has requested that Agilent be repositioned as the plaintiff in this action and that the caption be changed, both for the sake of clarity.

Therefore, pursuant to Civil Local Rule 7-12 and at the request of the Court, plaintiff and counterclaim-defendant, PixArt, and defendant and counterclaim-plaintiff, Agilent, through their respective counsel, hereby stipulate to reposition the case such that Agilent will henceforth be deemed the plaintiff and counterclaim-defendant and PixArt will henceforth be deemed the defendant and counterclaim-plaintiff. In addition, the parties jointly move to change the caption of the instant case from:

> PIXART IMAGING INC.,
>   a Taiwanese corporation,
>     Plaintiff/Counterclaim-Defendant,
> v.
> AGILENT TECHNOLOGIES, INC.,
>   a Delaware corporation,
>     Defendant/Counterclaim-Plaintiff.

to the following proposed caption:

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER TO
REPOSITION CASE
Case No. C 03-04871 JW

| | |
|---|---|
| 1  AGILENT TECHNOLOGIES, INC., | |
| 2  a Delaware corporation, | |
| 3  Plaintiff/Counterclaim-Defendant, | |
| 4  v. | |
| 5  PIXART IMAGING INC., | |
| 6  a Taiwanese corporation, | |
| 7  Defendant/Counterclaim-Plaintiff. | |

Dated: September 14, 2005                    KEKER & VAN NEST, LLP


By: /s/ Eugene M. Paige
    Eugene M. Paige
    Attorneys for Plaintiff and
    Counterclaim-Defendant
    PIXART IMAGING INC.

Dated: September 14, 2005                    IRELL & MANELLA LLP


By: /s/ Richard E. Lyon
    Richard E. Lyon
    Attorneys for Defendant and
    Counterclaim-Plaintiff
    AGILENT TECHNOLOGIES, INC

//
//
//
//
//
//
//
//

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER TO REPOSITION CASE
Case No. C 03-04871 JW

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Agilent will henceforth be deemed the plaintiff and counterclaim-defendant and PixArt will henceforth be deemed the defendant and counterclaim-plaintiff. The caption of the instant case shall also be changed to:

AGILENT TECHNOLOGIES, INC.,

  a Delaware corporation,

      Plaintiff/Counterclaim-Defendant,

v.

PIXART IMAGING INC.,

  a Taiwanese corporation,

      Defendant/Counterclaim-Plaintiff.

Dated: Sept. 14, 2005

/s/ James Ware
Hon. James Ware
United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER TO REPOSITION CASE
Case No. C 03-04871 JW