KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
LEO L. LAM - #181861
EUGENE M. PAIGE - #202849
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaim-Plaintiff
PIXART IMAGING, INC.

IRELL & MANELLA LLP
MORGAN CHU - #70446
SAMUEL K. LU - #171969
ALAN J. HEINRICH - #212782
RICHARD E. LYON - #229288
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff and Counterclaim-Defendant
AGILENT TECHNOLOGIES, INC.

*(Seal: IT IS SO ORDERED — Judge James Ware)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>　　　　v.<br><br>PIXART IMAGING, INC., a Taiwanese corporation,<br><br>　　　　Defendant/Counterclaim-Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 03-4871 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　October 3, 2005<br>Time:　　9:00 a.m.<br>Dept:　　Courtroom 8, 4th Fl.<br>Judge:　　Hon. James Ware<br><br>Date Comp. Filed:　　October 31, 2003<br><br>Trial Date:　　TBD |

On June 27, 2005, Defendants and Counterclaim-Plaintiff PixArt Imaging, Inc. ("PixArt") filed its Motion for Summary Judgment of Noninfringement of U.S. Patent No. 6,433,780 (the "Motion"). The date noticed for the hearing was October 3, 2005. Since that motion was filed, a conflict has arisen with counsel on that date. Counsel for PixArt and counsel for Agilent Technologies, Inc. ("Agilent") are willing to stipulate to a continuance of the hearing, currently scheduled for October 3, 2005, until October 24, 2005. Counsel for PixArt has confirmed with the Court that October 24, 2005 is a date available to have the motion heard. Therefore, defendant and counterclaim-plaintiff, PixArt, and plaintiff and counterclaim-defendant, Agilent, through their respective counsel, hereby stipulate that the hearing date on PixArt's Motion may be continued to October 24, 2005, at 9:00 a.m. in Courtroom 8, 4th Floor, 280 South First Street, San Jose, CA, 95113 before the Honorable James Ware.

Dated: September 20, 2005        KEKER & VAN NEST, LLP

By: __/s/ Eugene M. Paige____
Eugene M. Paige
Attorneys for Defendant and
Counterclaim-Plaintiff
PIXART IMAGING, INC.

Dated: September 20, 2005        IRELL & MANELLA LLP

By:__/s/Samuel K. Lu_____
Samuel K. Lu
Attorneys for Plaintiff and
Counterclaim-Defendant
AGILENT TECHNOLOGIES, INC.

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Samuel K. Lu, Esq., Attorney for Plaintiff and Counterclaim-Defendant Agilent Technologies, Inc.

Dated: September 20, 2005        By:     /s/ Eugene M. Paige

1   **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing on PixArt's
2   Motion is hereby removed from the calendar for October 3, 2005 at 9:00 a.m.  The motion is
3   hereby rescheduled and will instead be heard on October 24, 2005, at 9:00 a.m., in Courtroom 8,
4   Fourth Floor, 280 South First Street, San Jose, CA 95113.
5         IT IS SO ORDERED.

7   Dated: 9/22/05                                    /s/ James Ware
8                                                     HONORABLE JAMES WARE
                                                      UNITED STATES DISTRICT JUDGE