**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIXART IMAGING, INC., | NO. C 03-04871 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| AGILENT TECHNOLOGIES, INC., | |
| Defendant. | |
| _____/ | |

    The hearing on Plaintiff's motion for summary judgment currently scheduled for October 24, 2005 is continued to November 14, 2005.

Dated: October 6, 2005

03eciv4871ctd

                     /s/ James Ware
                     JAMES WARE
                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie djd@kvn.com
Eugene M. Paige EMP@kvn.com
Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com

**Dated: October 6, 2005**                           **Richard W. Wieking, Clerk**

                                                     **By:___/s/ JW Chambers_____**
                                                          **Ronald L. Davis**
                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California