```
IRELL & MANELLA LLP
Morgan Chu – mchu@irell.com (70446)
Samuel K. Lu – slu@irell.com (171969)
Alan J. Heinrich – aheinrich@irell.com (212782)
Richard E. Lyon – rlyon@irell.com (229288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiff and
Counterclaim-Defendant
AGILENT TECHNOLOGIES, INC.

KEKER & VAN NEST, LLP
Daralyn J. Durie (169825)
Leo L. Lam (181861)
Eugene M. Paige (202849)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Defendant and
Counterclaim-Plaintiff
PIXART IMAGING INC.
```

*IT IS SO ORDERED*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>    v.<br><br>PIXART IMAGING INC., a Taiwanese corporation,<br><br>    Defendant/Counterclaim-Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | **Case No. C 03-4871 JW**<br><br>**STIPULATION AND ORDER RESCHEDULING CLAIM CONSTRUCTION HEARING FOR U.S. PATENT NOS. 5,686,720 AND 5,786,804** |

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CLAIM CONSTRUCTION HEARING
(Case No. C 03-4871 JW)

1   On May 9, 2005, the Court issued a Scheduling Order setting the Claim Construction
2   Hearing for U.S. Patent No. 5,686,720 (the "'720 patent") and U.S. Patent No. 5,786,804 (the "'804
3   patent") for Friday, November 18, 2005 from 9:00 a.m. to 12:00 p.m. Since that time, the hearing
4   for PixArt Imaging, Inc.'s ("PixArt") Motion for Summary Judgment of Noninfringement of U.S.
5   Patent No. 6,433,780 (the "'780 patent") has been scheduled for Monday, November 14, 2005.
6   Due to the substantial preparations required by these two significant hearings, the parties believe
7   that both the parties and the Court would be better served by not conducting these hearings during
8   the same week. Accordingly, counsel for Agilent Technologies, Inc. ("Agilent") and counsel for
9   PixArt are willing to stipulate to a continuance of the Claim Construction Hearing for the '720 and
10  '804 patents, currently scheduled for Friday, November 18, 2005, until 9:00 a.m. to 12:00 p.m. on
11  Friday, January 6, 2005. Counsel for Agilent has confirmed with the Court that 9:00 a.m. to 12:00
12  p.m. on January 6, 2005 is a time and date available to conduct the Claim Construction Hearing
13  for the '720 and '804 patents. Therefore, plaintiff and counterclaim-defendant, Agilent, and
14  defendant and counterclaim-plaintiff, PixArt, through their respective counsel, hereby stipulate
15  that the hearing date for the Claim Construction Hearing for the '720 and '804 patents may be
16  continued to January 6, 2005, at 9:00 a.m. in Courtroom 8, 4th Floor, 280 South First Street, San
17  Jose, CA, 95113 before the Honorable James Ware. The parties, through their respective counsel,
18  further stipulate that the briefing schedule may be changed to comport with the new hearing date.
19  Specifically, the parties stipulate to the following proposed schedule: Agilent's Opening Claim
20  Construction Brief will be due on December 1, 2005; PixArt's Opposition Claim Construction
21  Brief will be due on December 15, 2005; and Agilent's Reply Claim Construction Brief will be
22  due on December 22, 2005.
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION AND ORDER
RESCHEDULING CLAIM CONSTRUCTION HEARING
(Case No. C 03-4871 JW)
- 1 -

| | | |
|---|---|---|
| Dated: October 12, 2005 | | IRELL & MANELLA LLP |

By: /s/ Richard E. Lyon
    Richard E. Lyon
    Attorneys for and Plaintiff
    Counterclaim-Defendant
    AGILENT TECHNOLOGIES, INC

Dated: October 12, 2005        KEKER & VAN NEST, LLP

By: /s/ Eugene M. Paige
    Eugene M. Paige
    Attorneys for and Defendant
    Counterclaim-Plaintiff
    PIXART IMAGING INC.

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Eugene M. Paige, Esq., Attorney for Defendant and Counterclaim-Plaintiff PixArt Imaging Inc.

Dated: October 12, 2005        By: /s/ Richard E. Lyon

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the Claim Construction Hearing for the '720 and '804 patents currently scheduled for November 18, 2005 is hereby removed from the calendar. Instead, the Claim Construction Hearing for the '720 and '804 patents will be held on January 6, 2005, at 9:00 a.m. in Courtroom 8, 4th Floor, 280 South First Street, San Jose, CA, 95113. It is further ordered that the briefing schedule be revised to comport with the new hearing date. Agilent's Opening Claim Construction Brief will be due on December 1, 2005; PixArt's Opposition Claim Construction Brief will be due on December 15, 2005; and Agilent's Claim Construction Reply Brief will be due on December 22, 2005.

**IT IS SO ORDERED.**

Dated: 10/17/05

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
RESCHEDULING CLAIM CONSTRUCTION
HEARING (Case No. C 03-4871 JW)

- 2 -