IRELL & MANELLA LLP
Morgan Chu – mchu@irell.com (70446)
Samuel K. Lu – slu@irell.com (171969)
Alan J. Heinrich – aheinrich@irell.com (212782)
Richard E. Lyon – rlyon@irell.com (229288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff and
Counterclaim-Defendant
AGILENT TECHNOLOGIES, INC.

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., <br> a Delaware corporation, <br>   Plaintiff/Counterclaim-Defendant, <br> v. <br> PIXART IMAGING INC., <br> a Taiwanese corporation, <br>   Defendant/Counterclaim-Plaintiff. | **Case No. C 03-4871 JW** <br><br> **ORDER GRANTING AGILENT'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 79-5 TO SEAL DOCUMENTS** |
| AND RELATED COUNTERCLAIMS | |

[PROPOSED] ORDER
(Case No. C 03-4871 JW)

As set forth in Agilent Technologies, Inc.'s ("Agilent") Miscellaneous Administrative Request Pursuant to Local Rule 79-5 to Seal Documents, Agilent lodged with the Court the following documents in connection with Agilent Technologies, Inc.'s Surreply in Opposition to PixArt Imaging Inc.'s Motion for Summary Judgment of the '780 Patent, which include testimony relating to the operation of PixArt Imaging Inc.'s ("PixArt") products, which PixArt may consider to be confidential information:

1) Exhibit 1 to the Declaration of Richard E. Lyon in Support of Agilent Technologies, Inc.'s Surreply in Opposition to PixArt Imaging Inc.'s Motion for Summary Judgment of the '780 Patent (the "Lyon Declaration");

2) Exhibit 4 to the Lyon Declaration.

Having considered Agilent's Miscellaneous Administrative Request, and good cause appearing therefor,

IT IS HEREBY ORDERED that the documents are to be filed under seal.

Dated: November 2, 2005

_____
Hon. James Ware
United States District Judge

Respectfully submitted November 1, 2005 by:

IRELL & MANELLA LLP
Morgan Chu
Samuel K. Lu
Alan J. Heinrich
Richard E. Lyon
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel:  310-277-1010
Fax:  310-203-7199

Attorneys for Plaintiff and
Counterclaim-Defendant
Agilent Technologies, Inc.

[PROPOSED] ORDER
(Case No. C 03-4871 JW)