**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Agilent Technologies, Inc.,                    NO. C 03-04871 JW

    Plaintiff,

    v.                                   **ORDER VACATING HEARING;**
                                                **SETTING FURTHER SCHEDULE**
PixArt Imaging, Inc.,

    Defendant.
_____/

    The hearing on the motion for summary judgment of non-infringement filed by PixArt Imaging, Inc. ("PixArt") currently scheduled for November 14, 2005 is vacated.  This Court invites Plaintiff Agilent Technologies, Inc. ("Agilent") to file a cross-motion for summary judgment on the issues raised by PixArt's motion.  Should Agilent wish to file such a motion, Agilent should so file by January 9, 2006, and the Court will set a hearing for February 13, 2006 on both the motion and cross-motion.  PixArt's opposition to Plaintiff's cross-motion, if filed, is due on or before January 23, 2006.  Agilent's reply is due on or before January 30, 2006.  If Agilent chooses not to file a cross-motion, the Court will hear PixArt's motion for summary judgment of non-infringement on January 23, 2006.

Dated: November 9, 2005                    /s/ James Ware
                                           JAMES WARE
                                           United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie djd@kvn.com
3  Eugene M. Paige EMP@kvn.com
Leo L. Lam leo@kvn.com
4  Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
5  Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com

6

7

8  **Dated: November 9, 2005**                    **Richard W. Wieking, Clerk**

9

10                                          **By:__/s/ JW Chambers_____**
**Ronald L. Davis**
11                                              **Courtroom Deputy**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28