IRELL & MANELLA LLP
Morgan Chu – mchu@irell.com (70446)
Samuel K. Lu – slu@irell.com (171969)
Alan J. Heinrich – aheinrich@irell.com (212782)
Richard E. Lyon – rlyon@irell.com (229288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff and
Counterclaim-Defendant
AGILENT TECHNOLOGIES, INC.

KEKER & VAN NEST, LLP
Daralyn J. Durie (169825)
Leo L. Lam (181861)
Eugene M. Paige (202849)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and
Counterclaim-Plaintiff
PIXART IMAGING INC.

IT IS SO ORDERED
[signature]
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>PIXART IMAGING INC.,<br>a Taiwanese corporation,<br><br>    Defendant/Counterclaim-Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | **Case No. C 03-4871 JW**<br><br>**STIPULATION AND ORDER PERMITTING AGILENT TECHNOLOGIES, INC. TO FILE AMENDED COUNTERCLAIMS** |

STIPULATION AND ORDER
PERMITTING AGILENT TO FILE AMENDED
COUNTERCLAIMS
(Case No. C 03-4871 JW)

On October 31, 2005, PixArt Imaging Inc. ("PixArt") filed the complaint in this matter against Agilent Technologies, Inc. ("Agilent"), alleging that U.S. Patent No. 6,433,780 (the "'780 patent"), which is assigned to Agilent and is entitled "Seeing Eye Mouse For A Computer System," is invalid and not infringed by PixArt. On December 23, 2003, Agilent filed a counterclaim against PixArt, alleging that the '780 patent is valid and infringed by PixArt. On November 5, 2004, the Court conducted a tutorial on the technology described and claimed in the '780 patent. On November 12, 2004, the Court conducted a claim construction hearing on the disputed claim terms of the '780 patent. On March 30, 2005, the Court issued a claim construction order on the '780 patent.

On September 27, 2005, the United States Patent and Trademark Office issued U.S. Patent No. 6,950,094 (the "'094 patent"), which is a continuation patent of the '780 patent. Like the '780 patent, the '094 patent is assigned to Agilent and is entitled "Seeing Eye Mouse For A Computer System." The '094 patent has substantially the same specification as the '780 patent, and the claims of the '094 patent are very similar to, and include many of the same terms as, the claims of the '780 patent, which are already familiar to the Court.

On the day the '094 patent issued, September 27, 2005, counsel for Agilent contacted counsel for PixArt to discuss the addition of the '094 patent to this lawsuit. The parties have reached agreement. Counsel for Agilent and counsel for PixArt are willing to stipulate to the addition of the '094 patent to this lawsuit in a manner that will not otherwise delay the scheduling of this case. Therefore, plaintiff and counterclaim-defendant, Agilent, and defendant and counterclaim-plaintiff, PixArt, through their respective counsel, hereby stipulate that Agilent may file Agilent Technologies, Inc.'s Answer to Complaint for Declaratory Relief and Third Amended Counterclaims of Agilent Technologies, Inc. (attached as Exhibit 1).

Due to the similarity between the claims of the '094 patent and the claims of the '780 patent, which have already been construed by the Court, Agilent does not believe further claim construction is required for the '094 patent.[1] While PixArt believes that is possible, PixArt cannot

---

[1] Agilent understands that in printing the '094 patent, the U.S. Patent and Trademark Office introduced an error into the language of claim 5. Agilent is currently seeking a Certificate of Correction to correct the error and estimates that the Certificate of Correction will issue in

1  determine for certain whether the claims of the '094 patent require further claim construction until
2  Agilent has provided its Preliminary Infringement Contentions and accompanying document
3  production.  In light of the possibility that further claim construction proceedings for the '094
4  patent may not be necessary, the parties are willing to stipulate to a schedule of dates that will
5  expedite the claim construction process for the '094 patent.  The parties, through their respective
6  counsel, further stipulate that (1) Agilent will serve its Preliminary Infringement Contentions for
7  the '094 patent by November 21, 2005; (2) PixArt will serve notice upon Agilent of whether
8  PixArt believes further claim construction proceedings are necessary ten days after service of
9  Agilent's Preliminary Infringement Contentions; and, (3) the parties will meet and confer
10 regarding a streamlined claim construction process if PixArt provides to Agilent notice of PixArt's
11 belief that further claim construction proceedings are necessary.

25 approximately three to four weeks.  Agilent has represented that the claim element that contains the error appears in its correct form throughout the prosecution history of the '094 patent.
26 Therefore, both parties are aware of how the claim element should read and will read if and when the Certificate of Correction issues.  Moreover, claim language identical to that which contains the
27 error appears in the asserted claims of the '780 patent, which have already been construed by the Court.  Therefore, the parties do not anticipate any claim construction issues with respect to this
28 claim element and are prepared to treat the claim as though the Certificate of Correction had already issued for purposes of the claim construction schedule outlined herein.

STIPULATION AND ORDER
PERMITTING AGILENT TO FILE AMENDED
COUNTERCLAIMS
(Case No. C 03-4871 JW)                                                              - 2 -

1 Dated: November 9, 2005　　　　　　　　IRELL & MANELLA LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Richard E. Lyon
　　　　　　　　　　　　　　　　　　　　　　Richard E. Lyon
　　　　　　　　　　　　　　　　　　　　　　Attorneys for and Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Counterclaim-Defendant
　　　　　　　　　　　　　　　　　　　　　　AGILENT TECHNOLOGIES, INC.

7 Dated: November 9, 2005　　　　　　　　KEKER & VAN NEST, LLP

　　　　　　　　　　　　　　　　　　　　By:/s/ Eugene M. Paige
　　　　　　　　　　　　　　　　　　　　　　Eugene M. Paige
　　　　　　　　　　　　　　　　　　　　　　Attorneys for and Defendant
　　　　　　　　　　　　　　　　　　　　　　Counterclaim-Plaintiff
　　　　　　　　　　　　　　　　　　　　　　PIXART IMAGING INC.

　　　　I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Eugene M. Paige, Esq., Attorney for Defendant and Counterclaim-Plaintiff PixArt Imaging Inc.

Dated: November 9, 2005　　　　　　　　By: Richard E. Lyon

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER
PERMITTING AGILENT TO FILE AMENDED
COUNTERCLAIMS
(Case No. C 03-4871 JW)　　　　　　- 3 -

Case 5:03-cv-04871-JW Document 148 Filed 11/09/2005 Page 5 of 5

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Agilent may file Agilent

2  Technologies, Inc.'s Answer to Complaint for Declaratory Relief and Third Amended

3  Counterclaims of Agilent Technologies, Inc.  It is further ordered that (1) Agilent serve its

4  Preliminary Infringement Contentions for the '094 patent by November 21, 2005; (2) PixArt serve

5  notice upon Agilent of whether PixArt believes further claim construction proceedings are

6  necessary ten days after service of Agilent's Preliminary Infringement Contentions; and, (3) the

7  parties will meet and confer regarding a streamlined claim construction process if PixArt provides

8  to Agilent notice of PixArt's belief that further claim construction proceedings are necessary.

9  **IT IS SO ORDERED.**

10  Dated: November 10, 2005

                    HONORABLE JAMES WARE
                    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
PERMITTING AGILENT TO FILE AMENDED
COUNTERCLAIMS
(Case No. C 03-4871 JW)

- 4 -