1  IRELL & MANELLA LLP
   Morgan Chu – mchu@irell.com (70446)
2  Samuel K. Lu – slu@irell.com (171969)
   Alan J. Heinrich – aheinrich@irell.com (212782)
3  Richard E. Lyon – rlyon@irell.com (229288)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:   (310) 203-7199

6  Attorneys for Plaintiff and
   Counterclaim-Defendant
7  AGILENT TECHNOLOGIES, INC.

8  KEKER & VAN NEST, LLP
   Daralyn J. Durie (169825)
9  Leo L. Lam (181861)
   Eugene M. Paige (202849)
10 710 Sansome Street
   San Francisco, CA 94111-1704
11 Telephone:  (415) 391-5400
   Facsimile:   (415) 397-7188
12
   Attorneys for Defendant and
13 Counterclaim-Plaintiff
   PIXART IMAGING INC.
14

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

15                    UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17                              SAN JOSE DIVISION
18

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) | **Case No. C 03-4871 JW** |
| a Delaware corporation, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER RESCHEDULING SUMMARY** |
| Plaintiff/Counterclaim-Defendant, ) | **JUDGMENT HEARING** |
| ) | |
| v. ) | |
| ) | |
| PIXART IMAGING INC., ) | |
| a Taiwanese corporation, ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff. ) | |
| ) | |
| AND RELATED COUNTERCLAIMS ) | |
| ) | |

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING SUMMARY JUDGMENT HEARING
(Case No. C 03-4871 JW)

On June 27, 2005, Defendant and Counterclaim-Plaintiff, PixArt Imaging Inc. ("PixArt"), filed its Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,433,780. Thereafter, Plaintiff and Counterclaim-Defendant, Agilent Technologies, Inc. ("Agilent"), and PixArt fully briefed the motion. On November 9, 2005, the Court issued an order vacating the hearing on the motion scheduled for November 14, 2005. The Court also invited Agilent to file a cross-motion for summary judgment on the issues raised by PixArt's motion. The Court instructed Agilent to file its cross-motion by January 9, 2006, and the Court set a hearing for February 13, 2006 on both the motion and the cross-motion. Since then, a conflict has arisen with counsel on that date. Counsel for Agilent and counsel for PixArt are willing to stipulate to a continuance of the hearing currently scheduled for February 13, 2006, until March 6, 2005. Counsel for Agilent has confirmed with the Court that March 6, 2005 is a date available to have the motions heard. Therefore, Plaintiff and Counterclaim-Defendant, Agilent, and Defendant and Counterclaim-Plaintiff, PixArt, through their respective counsel, hereby stipulate that the hearing date may be continued to March 6, 2006, at 9:00 a.m. in Courtroom 8, 4th Floor, 280 South First Street, San Jose, CA, 95113 before the Honorable James Ware. The parties further stipulate that Agilent will file its cross-motion on January 19, 2006; PixArt will file its opposition brief on February 13, 2006; and Agilent will file its reply brief on February 20, 2006.

//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING SUMMARY JUDGMENT HEARING
(Case No. C 03-4871 JW)

- 1 -

| | | |
|---|---|---|
| 1 | Dated: January 4, 2006 | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Richard E. Lyon |
| 5 | | Richard E. Lyon<br>Attorneys for and Plaintiff<br>Counterclaim-Defendant |
| 6 | | AGILENT TECHNOLOGIES, INC |
| 7 | Dated: January 4, 2006 | KEKER & VAN NEST, LLP |

By: /s/ Eugene M. Paige
Eugene M. Paige
Attorneys for and Defendant
Counterclaim-Plaintiff
PIXART IMAGING INC.

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Eugene M. Paige, Esq., Attorney for Defendant and Counterclaim-Plaintiff PixArt Imaging Inc.

Dated: January 4, 2006                                         By: /s/ Richard E. Lyon

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the parties' summary judgment hearing currently scheduled for February 13, 2006 is hereby removed from the calendar. Instead, the hearing will be held on March 13, 2006, at 9:00 a.m. in Courtroom 8, 4th Floor, 280 South First Street, San Jose, CA, 95113 before the Honorable James Ware. It is further ordered that Agilent will file its cross-motion on January 26, 2006; PixArt will file its opposition brief on February 20, 2006; and Agilent will file its reply brief on February 27, 2006.

**IT IS SO ORDERED.**

Dated: 01/09/06

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE