IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | NO. C 03-04871 JW |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING CLAIM CONSTRUCTION HEARINGS** |
| PIXART IMAGING, INC., | |
| Defendant. | |

Due to the Court's unavailability, the claim construction hearings on the 5,786,804 Patent and the 5,686,720 Patent are rescheduled to March 16-17, 2006 from 9:00 a.m. to noon.

Dated: February 28, 2006        /s/ James Ware
03eciv4871resched                JAMES WARE
                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie ddurie@kvn.com
Eugene M. Paige EMP@kvn.com
Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com


**Dated: February 28, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:__/s/ JW Chambers_____**
                                                    **Melissa Peralta**
                                                    **Courtroom Deputy**