**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    SAN JOSE DIVISION
10

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | NO. C 03-04871 JW |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT RE: '780 PATENT** |
| PIXART IMAGING, INC., | |
| Defendant. | |

In light of the issues involved in the parties' cross-motions for summary judgment regarding infringement of the '780 patent, the Court vacates the hearing currently scheduled for Monday, March 13, 2006, and specially sets a hearing on the motions for Thursday, March 16, 2006 from 1:00 - 2:00 p.m.

Dated: March 3, 2006                /s/ James Ware
03eciv4871reschedsj                 JAMES WARE
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie ddurie@kvn.com
Eugene M. Paige EMP@kvn.com
Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com

**Dated: March 3, 2006**                          **Richard W. Wieking, Clerk**

                                                  **By:_/s/ JW Chambers_____**
                                                      **Melissa Peralta**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California