**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PixArt Imaging Inc., | NO. C 03-04871 JW |
| Plaintiff(s), | **CORRECTED ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; CONTINUING CLAIM CONSTRUCTION PROCEEDINGS** |
| v. | |
| Agilent Technologies, Inc., | |
| Defendant(s). | |

On March 7, 2006, the Honorable Judge Fern Smith informed the Court that the above-entitled matter has reached a tentative settlement. In light of this information, the Court continues the hearing on the parties' cross-motions for summary judgment currently scheduled for March 16, 2006 to April 24, 2006. The claim construction proceedings currently scheduled for March 16-17, 2006 are continued to May 10-11, 2006.

Dated: March 8, 2006

03eciv4871ctdhearing

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie ddurie@kvn.com
Eugene M. Paige EMP@kvn.com
Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com

**Dated: March 8, 2006**                                    **Richard W. Wieking, Clerk**

                                                            **By:_/s/ JW Chambers_____**
                                                                **Melissa Peralta**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California