| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| | Morgan Chu – mchu@irell.com (70446) |
| 2 | Samuel K. Lu – slu@irell.com (171969) |
| | Alan J. Heinrich – aheinrich@irell.com (212782) |
| 3 | Richard E. Lyon – rlyon@irell.com (229288) |
| | Jonathan P. Steinsapir – jsteinsapir@irell.com (226281) |
| 4 | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067-4276 |
| 5 | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| 6 | |
| 7 | Attorneys for Plaintiff and Counterclaim-Defendant |
| 8 | AGILENT TECHNOLOGIES, INC., and for Proposed Plaintiffs and Counterclaim-Defendants AVAGO TECHNOLOGIES |
| 9 | GENERAL IP (SINGAPORE) PTE LTD. and AVAGO TECHNOLOGIES ECBU IP |
| 10 | (SINGAPORE) PTE LTD. |
| 11 | KEKER & VAN NEST, LLP |
| | Daralyn J. Durie (169825) |
| 12 | Leo L. Lam (181861) |
| | Eugene M. Paige (202849) |
| 13 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 14 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 15 | |
| 16 | Attorneys for Defendant and Counterclaim-Plaintiff |
| | PIXART IMAGING INC. |

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | **Case No. C 03-4871 JW** |
| Plaintiff/Counterclaim-Defendant, | ) ) | **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING AVAGO TECHNOLOGIES GENERAL IP** |
| v. | ) ) | **(SINGAPORE) PTE LTD. AND AVAGO TECHNOLOGIES ECBU IP** |
| PIXART IMAGING INC., a Taiwanese corporation, | ) ) ) | **(SINGAPORE) PTE LTD. AS PARTIES IN PLACE OF AGILENT TECHNOLOGIES, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(c)** |
| Defendant/Counterclaim-Plaintiff. | ) ) | |
| AND RELATED COUNTERCLAIMS. | ) | |

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING PARTY
(Case No. C 03-4871 JW)

On October 31, 2003, PixArt Imaging Inc. ("PixArt") initiated this action by filing a complaint against Agilent Technologies, Inc. ("Agilent"), alleging that U.S. Patent No. 6,433,780 (the "'780 patent"), entitled "Seeing Eye Mouse For A Computer System," is not infringed by PixArt and is invalid regardless. On December 23, 2003, Agilent filed a counterclaim against PixArt, alleging that the '780 patent is valid and infringed by PixArt. On October 22, 2004, Agilent filed amended counterclaims against PixArt, alleging validity and infringement of the following patents, which at the time were assigned to Agilent: U.S. Patent No. 5,686,720 (the "'720 patent"), entitled "Method and Device for Achieving High Contrast Surface Illumination"; and U.S. Patent No. 5,786,804 (the "'804 patent"), entitled "Method and System for Tracking Attitude." On November 5, 2004, PixArt replied to these amended counterclaims. On November 10, 2005, Agilent filed further amended counterclaims alleging validity and infringement of U.S. Patent No. 6,950,094 (the "'094 patent"), which is a continuation of the '780 patent. On November 28, 2005, PixArt replied to these further amended counterclaims.

Agilent represents that its entire right, title, and interest in the patents-in-suit has been transferred and assigned to Avago Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore) PTE Ltd., both companies being organized and incorporated under the laws of Singapore. Accordingly, Agilent represents that it no longer has any interest in this litigation.

Therefore, the parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) Agilent Technologies, Inc., is no longer a party to this action as it has represented that its entire right, title, and interest in the patents-in-suit has been transferred and assigned to Avago Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore) PTE Ltd.

(2) Avago Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore) PTE Ltd. are jointly substituted as parties to this action in place of Agilent Technologies, Inc., pursuant to Federal Rule of Civil Procedure 25(c).

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING PARTY
(Case No. C 03-4871 JW)

- 1 -

(3) Avago Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore) PTE Ltd., hereby acknowledge actual notice of this action and subject themselves to the jurisdiction of this Court in this action.

(4) In order to avoid administrative confusion, this action should be re-captioned as follows: "Avago Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore) PTE Ltd., Plaintiffs/Counterclaim Defendants v. PixArt Imaging, Inc., Defendant/Counterclaim Plaintiff."

Dated: March 17, 2006                    IRELL & MANELLA LLP

                                         By: /s/ Jonathan P. Steinsapir
                                             Jonathan P. Steinsapir
                                             Attorneys for and Plaintiff
                                             Counterclaim-Defendant
                                             AGILENT TECHNOLOGIES, INC. and for
                                             Proposed Plaintiffs and Counterclaim-
                                             Defendants AVAGO TECHNOLOGIES
                                             GENERAL IP (SINGAPORE)  PTE LTD.
                                             and AVAGO TECHNOLOGIES ECBU IP
                                             (SINGAPORE) PTE LTD.

Dated:  March 17, 2006                   KEKER & VAN NEST, LLP

                                         By: /s/ Eugene M. Paige
                                             Eugene M. Paige
                                             Attorneys for and Defendant
                                             Counterclaim-Plaintiff
                                             PIXART IMAGING INC.

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING PARTY
(Case No. C 03-4871 JW)

- 2 -

1  I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of
2  this document has been obtained from Eugene M. Paige, Esq., Attorney for Defendant and
3  Counterclaim-Plaintiff PixArt Imaging Inc.

5  Dated: March 17, 2006                    By: /s/ Jonathan P. Steinsapir
6                                               Jonathan P. Steinsapir
7                                               Attorneys for and Plaintiff Counterclaim-Defendant
8                                               AGILENT TECHNOLOGIES, INC. and
                                                for Proposed Plaintiffs and Counterclaim-
9                                               Defendants AVAGO TECHNOLOGIES
                                                GENERAL IP (SINGAPORE) PTE LTD.
10                                              and AVAGO TECHNOLOGIES ECBU IP
                                                (SINGAPORE) PTE LTD.

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that: (1) Agilent
2  Technologies, Inc., is no longer a party to this action as it has represented that all right, title, and
3  interest in the patents-in-suit have been transferred and assigned to Avago Technologies General
4  IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore) PTE Ltd.; (2) Avago
5  Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore)
6  PTE Ltd. are jointly substituted as parties to this action in place of Agilent Technologies, Inc.,
7  pursuant to Federal Rule of Civil Procedure 25(c); and (3) the clerk shall re-caption this action as
8  follows: "Avago Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU
9  IP (Singapore) PTE Ltd., Plaintiffs/Counterclaim Defendants v. PixArt Imaging, Inc.,
10 Defendant/Counterclaim Plaintiff."

11 **IT IS SO ORDERED.**

13 Dated: April 10, 2006

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING PARTY
(Case No. C 03-4871 JW)

- 4 -