IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies,<br><br>       Plaintiff,<br>   v.<br><br>PixArt Imaging, Inc.,<br><br>       Defendant. | NO. C 03-04871 JW<br><br>**ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |

On May 8, 2006, Magistrate Judge Seeborg informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before June 9, 2006, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on June 26, 2006 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before June 9, 2006, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2 this action.

4 Dated: May 9, 2006                            /s/ James Ware
03eciv4871oscsettl                                      JAMES WARE
5                                                  United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie ddurie@kvn.com
3  Eugene M. Paige EMP@kvn.com
Jonathan Philip Steinsapir jsteinsapir@irell.com
4  Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
5  Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
6  Samuel Kai Lu slu@irell.com

8  **Dated: May 9, 2006**               **Richard W. Wieking, Clerk**

10                                      **By:_/s/ JW Chambers_____**
                                        **Melissa Peralta**
                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California