IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies,<br><br>              Plaintiff,<br>   v.<br>PixArt Imaging, Inc.,<br><br>             Defendant. | NO. C 03-04871 JW<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING RE: SETTLEMENT** |

On May 9, 2006, the Court ordered the parties in the above entitled matter to show cause why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On June 9, 2006, the parties filed a joint statement concerning their activities to finalize the settlement of this case.  In light of the parties' request to have until June 30, 2006 to finalize the settlement, the Court hereby continues the Order to Show Cause hearing originally set for June 26, 2006 to July 10, 2006.

Accordingly, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA, on **July 10, 2006 at 9:00 a.m.** to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be vacated automatically.  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 21, 2006

                                                            JAMES WARE<br>                                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie ddurie@kvn.com
Eugene M. Paige EMP@kvn.com
Jonathan Philip Steinsapir jsteinsapir@irell.com
Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com

**Dated: June 21, 2006**                                    **Richard W. Wieking, Clerk**

                                                     **By:   /s/ JW Chambers**
                                                             **Melissa Peralta**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California