IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies, | NO. C 03-04871 JW |
| Plaintiff, | **ORDER CONTINUING ORDER TO SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| PixArt Imaging, Inc., | |
| Defendant. | |

In light of the Court's discussion with the parties' counsel on July 7, 2006, the Court continues the order to show cause hearing scheduled for July 10, 2006 to **July 17, 2006 at 9:00 a.m.**

Dated: July 7, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie ddurie@kvn.com
Eugene M. Paige EMP@kvn.com
Jonathan Philip Steinsapir jsteinsapir@irell.com
Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com

**Dated: July 7, 2006**　　　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　　　**By:  /s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Melissa Peralta**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**