KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
LEO L. LAM - #181861
EUGENE M. PAIGE - #202849
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant and Counterclaim-Plaintiff
PIXART IMAGING, INC.

IRELL & MANELLA LLP
MORGAN CHU - #70446
SAMUEL K. LU - #171969
ALAN J. HEINRICH - #212782
RICHARD E. LYON - #229288
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff and Counterclaim-Defendant
AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD and AVAGO TECHNOLOGIES ECBU IP (SINGAPORE) PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD and AVAGO TECHNOLOGIES ECBU IP (SINGAPORE) PTE LTD,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>PIXART IMAGING, INC., a Taiwanese corporation,<br><br>Defendant/Counterclaim-Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 03-4871 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiffs and Counterclaim-Defendants Avago Technologies General IP (Singapore) PTE Ltd. and Avago Technologies ECBU IP (Singapore) PTE Ltd., (collectively, "Avago") and Defendant and Counterclaim-Plaintiff PixArt Imaging, Inc. ("PixArt"), through their respective counsel of record, that:

1. Because the parties have reached a settlement in this action, PixArt hereby dismisses its claims and defenses with prejudice and Avago hereby dismisses its counterclaims and defenses with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and

2. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

Dated: July 14, 2006                IRELL & MANELLA LLP


                                    By:         /s/
                                        Samuel K. Lu
                                        Attorneys for Plaintiffs and
                                        Counterclaim-Defendants
                                        AVAGO TECHNOLOGIES GENERAL IP
                                        (SINGAPORE) PTE LTD and AVAGO
                                        TECHNOLOGIES ECBU IP (SINGAPORE)
                                        PTE LTD.

Dated: July 14, 2006                KEKER & VAN NEST, LLP


                                    By:         /s/
                                        Eugene M. Paige
                                        Attorneys for Defendant and
                                        Counterclaim-Plaintiff
                                        PIXART IMAGING INC.

1 | I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Samuel K. Lu, Esq., Attorney for the Plaintiffs and Counterclaim-Defendants.

Dated: July 14, 2006                    By:    /s/ Eugene M. Paige_____

**PURSUANT TO STIPULATION, IT SO ORDERED**.


Dated:  ___7/14/06_____         _____
                                                                    HONORABLE JAMES WARE
                                                                    UNITED STATES DISTRICT JUDGE