DURIE TANGRI LLP
DARALYN J. DURIE--#169825
   ddurie@durietangri.com
MICHAEL H. PAGE--#154913
   mpage@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300

Attorneys for Plaintiff.

*IT IS SO ORDERED*

*Judge James Ware*

2/19/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PixArt Imaging Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Avago Technologies, Inc. <br><br> Defendant. | Case No. C10-00544 HRL <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Related Case No. C 03-04871 JW (CLOSED) |

      Pursuant to Local Rules 3-12 and 7-11, Plaintiff PixArt Imaging Inc. hereby moves this Court for an order relating this action to a previously dismissed action, *Pixart v. Avago*, Case No. C 03-04871 JW ("PixArt 1").  This action seeks a declaratory judgment regarding the scope of the patent license and settlement agreement entered into between the parties in *Pixart 1*.  The settlement in *Pixart 1* included forum and venue selection provisions naming this Court as the

venue for any further disputes arising out of that settlement. Because the two actions concern the same parties, property, transactions and events, and because it appears likely that there will be an unduly burdensome duplication of labor and expense if the newly-filed case is conducted before a different Judge, PixArt moves that the instant case be deemed a related case and assigned to Judge Ware.

Dated: February 8, 2010                                      DURIE TANGRI LLP


                                                             By:___/Michael H. Page/_____
                                                                 Michael H. Page
                                                                 Attorneys for Plaintiff
                                                                 PixArt Imaging, Inc.